```
FILED

DEC 3 1 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAGISTRATE CASE No: **'07 MJ 9003** |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | 8 U.S.C. § 1324(a)(2)(B)(iii) |
| | ) | Bringing In Illegal Aliens |
| Alejandro PEREZ | ) | Without Presentation (Felony) |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

That on December 28, 2007, within the Southern District of California, defendant Alejandro PEREZ, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that seventeen aliens, namely, Jin Bin ZHENG, Xu Xian DONG, Zeng Biao WANG, Qiang Shou ZHENG, Hua HE, Wen Zhong LUI, Chun Shan JIANG, Li Jian JIANG, Wei Hua ZHENG, Feng YANG, Wei WANG, L.C, Fei JIANG, Yi Di XU, Jin Hua LU, An Ping CHEN, and Qu CHENYUN , had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said aliens immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.


_____
Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31th DAY OF DECEMBER 2007.


_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

1

2     UNITED STATES OF AMERICA
                    v.
3     Alejandro PEREZ

4                              Probable Cause

5          I,  Customs  Border  Protection  Enforcement  Officer  Izabel

6     Figueroa,  declare  under  penalty  of  perjury,  the  following  is  true  and

7     correct:

8          On  December  28,  2007,  at  approximately  01:30  A.M.,  Alejandro  PEREZ

      arrived  at  the  Calexico,  California,  West  Port  of  Entry,  as  the  driver  of  a

9     1979  Ford  Econoline.

10         During  the  primary  inspection,  PEREZ  gave  a  negative  Customs

11    declaration  to  the  primary  United  States  Customs  and  Border  Protection

      Officer  (CBPO)  Daniel  Pizano.  CBPO  Pizano  stated  that  PEREZ  claimed  to  be  a

12    United  States  Citizen  and  had  lost  his  wallet  and  identification.  PEREZ

13    stated  that  the  van  was  registered  in  his  name  and  when  asked  for  the

14    registration  PEREZ  pulled  out  his  wallet  with  registration.  Conducting

15    vehicle  crossing  queries,  CBPO  Pizano  discovered  only  one  crossing  and  opted

16    to  escort  the  vehicle  into  secondary  for  further  inspection.

17         In  secondary  inspection  PEREZ  exited  the  vehicle  and  attempted  to

18    abscond  north  when  he  was  apprehended  by  CBPO  Ceja  and  several  CBP  Officers.

      PEREZ  was  placed  in  handcuffs  and  escorted  to  the  vehicle  secondary  office.

19    Conducting  inspection  of  the  vehicle  it  was  discovered  that  three  females

20    and  fourteen  male  Chinese  citizens,  later  identified  as,  Jin  Bin  ZHENG,  Xu

21    Xian  DONG,  Zeng  Biao  WANG,  Qiang  Shou  ZHENG,  Hua  HE,  Wen  Zhong  LUI,  Chun

22    Shan  JIANG,  Li  Jian  JIANG,  Wei  Hua  ZHENG,  Feng  YANG,  Wei  WANG,  L.C  (minor),

      Fei  JIANG,  Yi  Di  XU,  Jin  Hua  LU,  An  Ping  CHEN,  and  Qu  CHENYUN,  were

23    attempting  to  elude  inspection  by  concealment  under  blankets  located  in  the

24    rear  cargo  area  of  the  vehicle.   PEREZ  and  Jin  Bin  ZHENG,  Xu  Xian  DONG,  Zeng

25    Biao  WANG,  Qiang  Shou  ZHENG,  Hua  HE,  Wen  Zhong  LUI,  Chun  Shan  JIANG,  Li  Jian

26    JIANG,  Wei  Hua  ZHENG,  Feng  YANG,  Wei  WANG,  L.C  (minor),  Fei  JIANG,  Yi  Di  XU,

27    Jin  Hua  LU,  An  Ping  CHEN,  and  Qu  CHENYUN  were  taken  to  the  Port  Enforcement

28    Team  for  further  disposition.

UNITED STATES OF AMERICA
               v.
Alejandro PEREZ

1

2

3       PEREZ was placed under arrest and advised of his rights per Miranda in

4   the Spanish language by United States Customs and Border Protection

5   Enforcement Officer (CBPOE) Izabel Figueroa and witnessed by Immigration

6   Customs Enforcement Special Agent Luis Sanez. PEREZ said he understood his

    rights and would answer questions without an attorney present.

7       PEREZ stated he was aware the vehicle he was driving had undocumented

8   aliens concealed in the rear cargo area of the vehicle.  PEREZ stated a

9   friend named "Jose" asked him if he wanted to come across and cross a

10  vehicle with some people into the United States. PEREZ stated that he agreed

    and that he was going to get paid $5000 to bring them in. PEREZ also stated

11  that he was going to stop at the first gasoline station in Calexico, Ca were

12  "Jose" would meet up with him and take the vehicle.

13      Material Witness Jin Bin ZHENG stated that he is a citizen and national

14  of China with no legal entry documents to enter, reside or pass through the

    United States. Jin Bin ZHENG stated that his family had made the smuggling

15  arrangements to have him smuggled into the United States illegally. Jin Bin

16  ZHENG stated that his family was to pay an unknown amount to be smuggled

17  into the United States and that his final destination was to be New York

18  City, NY were he was to seek employment.

19      Material Witness Xu Xian DONG stated that he is a citizen and national

20  of China with no legal entry documents to enter, reside or pass through the

    United States. Xu Xian DONG admitted that he had made the smuggling

21  arrangements to be smuggled into the United States illegally. Xu Xian DONG

22  stated he was going pay $70,000 to be smuggled into the United States and

23  that his final destination was to be New York City, NY were he was to seek

24  employment.

25      Material Witness Zeng Biao WANG stated that he is a citizen and

    national of China with no legal entry documents to enter, reside or pass

26  through the United States. Zeng Biao WANG stated that his family had made

27  the smuggling arrangements to have him smuggled into the United States

28  illegally. Zeng Biao WANG stated that his family was to pay an unknown

1

2

UNITED STATES OF AMERICA
                    v.
Alejandro PEREZ

3

4

amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

5

6

7

8

9

10

Material Witness Qiang Shou ZHENG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Qiang Shou ZHENG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Qiang Shou ZHENG stated that his family was to pay several ten thousand dollars to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

11

12

13

14

15

Material Witness Hua HE stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Hua HE stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Hua HE stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

16

17

18

19

20

21

Material Witness Wen Zhong LIU stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wen Zhong LIU stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wen Zhong LIU stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

22

23

24

25

26

27

Material Witness Chun Shan JIANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Chun Shan JIANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Chun Shan JIANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

28

1

2

UNITED STATES OF AMERICA
              v.
Alejandro PEREZ

3

4

5

6

7

8

Material Witness Li Jain JAING stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Li Jain JAING stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Li Jain JAING stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

9

10

11

12

13

14

Material Witness Wei Hua ZHENG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wei Hua ZHENG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wei Hua ZHENG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

15

16

17

18

19

20

Material Witness Feng YANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Feng YANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Feng YANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

21

22

23

24

25

26

Material Witness Wei WANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wei WANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wei WANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

27

28

Material Witness L.C. (minor) stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. L.C. (minor) stated that his family had made the smuggling

UNITED STATES OF AMERICA
                    v.
Alejandro PEREZ

arrangements to have him smuggled into the United States illegally. L.C. (minor) stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Fei JIANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Fei JIANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Fei JIANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Yi Di XU stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Yi Di XU stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Yi Di XU stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Jin Hua LU stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Jin Hua LU stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. Jin Hua LU stated that her family was to pay an unknown amount to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

Material Witness An Ping CHEN stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. An Ping CHEN stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. An Ping CHEN stated that her family was to pay an unknown amount

UNITED STATES OF AMERICA
                v.
Alejandro PEREZ

to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

Material Witness Qu CHENYUN stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Qu CHENYUN stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. Qu CHENYUN stated that her family was to pay an unknown amount to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

UNITED STATES OF AMERICA
              v.
Alejandro PEREZ

Material Witness:                              Country of Birth
    Name

Jin Bin ZHENG                                  CHINA
Xu Xian DONG                                   CHINA
Zeng Biao WANG                                 CHINA
Qiang Shou ZHENG                               CHINA
Hua HE                                         CHINA
Wen Zhong LUI                                  CHINA
Chun Shan JIANG                                CHINA
Li Jian JIANG                                  CHINA
Wei Hua ZHENG                                  CHINA
Feng YANG                                      CHINA
Wei WANG                                       CHINA
L.C (minor)                                    CHINA
Fei JIANG                                      CHINA
Yi Di XU                                       CHINA
Jin Hua LU                                     CHINA
An Ping CHEN                                   CHINA
Qu CHENYUN

Further, the complainant states that she believes said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on December 29, 2007 at approximately 03:30 P.M.

Izabel Figueroa, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of seven pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 28, 2007 in the violation of Title 8, United States Code, § 1324.

12/29/07 @ 3:40 pm
Date and Time

HON. CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE